United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-18763-ref
Michael R. Montondo                                                     Chapter 13
Cynthia E. Montondo
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv                Page 1 of 2            Date Rcvd: Dec 06, 2018
                              Form ID: 138NEW          Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2018.
db/jdb         +Michael R. Montondo,    Cynthia E. Montondo,    641 Geigertown Road,    Birdsboro, PA 19508-9021
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13225785       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13163394       +Beneficial Mutual Savings,    Beneficial Mutual Savings,    530 Walnut St., Attn: Bankruptcy,
                 Philadelphia, PA 19106-3624
13220977       +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13227815        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13177310        CitiMortgage, Inc.,    PO Box 6030,    Sioux Falls SD 57117-6030
13163397       +Citimortgage Inc,    Po Box 9438,dept 0251,    Gaithersburg, MD 20898-9438
13163398       +Diamond Credit Union,    1600 Medical Drive,    Pottstown, PA 19464-3242
14219245       +Ditech Financial LLC,    Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13163402       +Goodyr/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13185757       +Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13339483        M & T BANK,    PO BOX 1508,    BUFFALO,NY 14240-1508
13208589       +M&T Bank,    PO BOX 1508,    Buffalo, New York 14240-1508
13163404        M&t Credit Services Ll,    1100 Worley Drive,    Consumer Asset Management 2nd Floor/Attn,
                 Williamsville, NY 14221
13163406       +Susquehanna Bank Pa,    1570 Manheim Pike,    Lancaster, PA 17601-3038
13163407       +Weisfield Jewelers/Sterling Jewelers Inc,    Attn: Bankruptcy,    Po Box 1799,
                 Akron, OH 44309-1799

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 07 2018 03:53:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 07 2018 03:54:00      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2018 03:50:35      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr              E-mail/Text: bankruptcy.bnc@ditech.com Dec 07 2018 03:53:24      Green Tree Servicing LLC,
                 PO Box 6154,    Rapid City, SD  57709-6154
cr              E-mail/Text: camanagement@mtb.com Dec 07 2018 03:53:25
                 Manufacturers & Traders Trust Company,    One M & T Plaza,    Buffalo, NY  14203-2399
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2018 03:51:05
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13163395       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 07 2018 03:50:11       Cap1/boscv,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13163396       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 07 2018 03:50:35       Cap1/guitr,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
13163399        E-mail/Text: fnb.bk@fnfg.com Dec 07 2018 03:53:59      First Niagara Bank,    6950 S Transit Rd,
                 Lockport, NY 14094
13186814        E-mail/Text: fnb.bk@fnfg.com Dec 07 2018 03:53:59      First Niagara Bank, N.A.,
                 6950 South Transit Road,    PO Box 514,    Lockport NY  14095-0514
13163400       +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2018 03:50:09      Gecrb/Care Credit,
                 Attn: bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13163401       +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2018 03:50:10      Gecrb/Lowes,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13332913       +E-mail/Text: bankruptcy.bnc@ditech.com Dec 07 2018 03:53:24      Green Tree Servicing LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
13163403       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 07 2018 03:53:19       Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13250099        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2018 03:50:38
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13168693        E-mail/PDF: rmscedi@recoverycorp.com Dec 07 2018 03:51:06
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13163405       +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2018 03:51:03      Sams Club / GEMB,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13248983        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 07 2018 03:50:11
                 WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
13163408       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 07 2018 03:50:36
                 Worlds Foremost Bank N,    4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463
                                                                                               TOTAL: 19

```
District/off: 0313-4          User: dlv                    Page 2 of 2                   Date Rcvd: Dec 06, 2018
                              Form ID: 138NEW              Total Noticed: 40

               ***** BYPASSED RECIPIENTS (continued) *****

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               CITIMORTGAGE, INC.
cr               KeyBank N.A. as s/b/m to First Niagara Bank N.A.
cr*             First Niagara Bank, N.A.,    6950 South Transit Road,    PO Box 514,    Lockport, NY  14095-0514
cr*            +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13669965*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
               Norfolk, VA 23541)
13257223    ##+Susquehanna Bank,    PO Box 639,    Maugansville, MD 21767-0639
                                                                                     TOTALS: 2, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2018 at the address(es) listed below:
```
              DOUGLAS J. SMILLIE    on behalf of Creditor    Manufacturers & Traders Trust Company
               dsmillie@flblaw.com,    ccharlton@flblaw.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSEPH L QUINN    on behalf of Joint Debtor Cynthia E. Montondo CourtNotices@sjr-law.com
              JOSEPH L QUINN    on behalf of Debtor Michael R. Montondo CourtNotices@sjr-law.com
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Michael R. Montondo and Cynthia E. Montondo

        Debtor(s)

Bankruptcy No: 13−18763−ref

Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        400 Washington Street
        Suite 300
        Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                           For The Court
                                          Timothy B. McGrath
                                          Clerk of Court

Dated: 12/6/18

                                                                              60 − 58
                                                                          Form 138_new