United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 13-18763-ref
Michael R. Montondo                                                           Chapter 13
Cynthia E. Montondo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv            Page 1 of 1              Date Rcvd: Dec 06, 2018
                             Form ID: 212          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2018.
db/jdb         +Michael R. Montondo,    Cynthia E. Montondo,    641 Geigertown Road,    Birdsboro, PA 19508-9021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2018 at the address(es) listed below:
          DOUGLAS J. SMILLIE    on behalf of Creditor    Manufacturers & Traders Trust Company
           dsmillie@flblaw.com,   ccharlton@flblaw.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JOSEPH L QUINN    on behalf of Debtor Michael R. Montondo CourtNotices@sjr-law.com
          JOSEPH L QUINN    on behalf of Joint Debtor Cynthia E. Montondo CourtNotices@sjr-law.com
          KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                           TOTAL: 8

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re:                                                               Chapter: 13

      Michael R. Montondo and Cynthia E.
Montondo

Debtor(s)                                                            Case No: 13−18763−ref

---

### ORDER

      AND NOW, 12/6/18 , it appearing that the debtor must file either a statement regarding

completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for

a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

      Additionally, it appearing that the debtor must file a certification regarding domestic support

obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

      And the statement regarding personal financial management and the domestic support

obligation certification were due no later than the last payment made by the debtor as required

by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

      Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date

of this order to file

☐  A statement regarding completion of an instructional course concerning
personal financial management, (Official Form B423) or a request for a waiver
from such requirement.

☑  A certification regarding domestic support obligations and Section 522(q),
(Director's Form B2830);

      If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without
the debtor receiving his/her chapter 13 discharge.

For The Court

Richard E. Fehling

Chief Judge ,United States
Bankruptcy Court